**THE HONORABLE JOHN H. CHUN**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIKAL CORDOVA HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC STORAGE; CFP FIRE PROTECTION/MOORE FIRE PROTECTION; GILLASPY RHODE FADDIS & BENN, LLC; SEYFARTH SHAW LLP; ELIZABETH RHODE; ANDREW ESCOBAR; CHRIS BOUQUET; BRENDA RADMACHER; AND DOES 1–10, DEFENDANTS.,<br><br>Defendants. | Case No. 2:25-cv-2431-JHC<br><br>**DEFENDANT PUBLIC STORAGE'S MOTION FOR MISCELLANEOUS RELIEF: ENTRY OF ORDER DISMISSING UNSERVED DEFENDANTS WITHOUT PREJUDICE FOLLOWING PLAINTIFF'S NON-RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 10, 2026** |

## I.   RELIEF REQUESTED

Defendant Public Storage respectfully requests entry of an order dismissing without prejudice Plaintiff's claims against Defendants Gillaspy Rhode Faddis & Benn LLC, Seyfarth Shaw LLP, Elizabeth Rhode, Andrew Escobar, Chris Bouquet, Brenda Radmacher, and Does 1–10, consistent with the Court's April 6, 2026 Order to Show Cause and Federal Rule of Civil Procedure 4(m).

**DEFENDANT'S MOTION FOR MISCELLANEOUS
RELIEF - 1**
CASE NO. 2:25-CV-2431-JHC

GORDON REES SCULLY
MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

The Court ordered Plaintiff to show cause within ten days why those unserved Defendants should not be dismissed for failure to comply with Rule 4(m) and expressly advised Plaintiff that they would be dismissed without prejudice if she failed to demonstrate good cause. Dkt. No. 15. Plaintiff did not respond by the April 16, 2026 deadline and has not subsequently filed a response, proof of service, or request for an extension of the service deadline.

## II.   BACKGROUND

On April 6, 2026, the Court entered an Order addressing Plaintiff's failure to timely serve Defendants Gillaspy Rhode Faddis & Benn LLC, Seyfarth Shaw LLP, Elizabeth Rhode, Andrew Escobar, Chris Bouquet, Brenda Radmacher, and Does 1–10 within the time permitted by Federal Rule of Civil Procedure 4(m). Dkt. No. 15.

The Court ordered Plaintiff to show cause within ten days why those Defendants should not be dismissed for failure to comply with Rule 4(m). Id. at 2. The Court further advised Plaintiff: "If Plaintiff does not demonstrate good cause for the failure, the Court will dismiss Defendants Gillaspy Rhode Faddis & Benn LLC, Seyarth Shaw LLP, Elizabeth Rhode, Andrew Escobar, Chris Bouquet, Brenda Radmacher, and Does 1-10 without prejudice." Id.

Plaintiff's response was due on April 16, 2026. Plaintiff did not respond by that deadline. More than two months have now passed, and the docket continues to reflect:

1.  No response to the Court's Order to Show Cause;

2.  No proof of service as to any Defendant identified in the Order;

3.  No request for an extension of the Rule 4(m) service deadline; and

4.  No other filing demonstrating good cause or otherwise curing Plaintiff's failure to timely complete service.

## III.   DISMISSAL WITHOUT PREJUDICE IS CONSISTENT WITH THE COURT'S ORDER AND RULE 4(m)

Federal Rule of Civil Procedure 4(m) provides that, when a defendant is not served within 90 days after the complaint is filed, the Court—on motion or on its own after notice to the plaintiff—

**DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF - 2**
CASE NO. 2:25-CV-2431-JHC

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

must dismiss the action without prejudice against that defendant or order that service be made within a specified time. If the plaintiff demonstrates good cause, the Court must extend the time for service.

The Court provided Plaintiff notice of the service deficiency through its April 6, 2026 Order and gave Plaintiff ten days to demonstrate good cause. Dkt. No. 15. The Order expressly stated that the identified Defendants would be dismissed without prejudice if Plaintiff did not demonstrate good cause. Id. at 2.

Plaintiff did not respond and has taken no subsequent action to demonstrate good cause, complete service, file proof of service, or request additional time. The condition identified in the Court's Order has therefore occurred, and dismissal without prejudice of the identified unserved Defendants is appropriate under Rule 4(m) and consistent with the relief expressly contemplated by the Court.

## IV.    SCOPE OF THE REQUESTED RELIEF

This Motion requests dismissal only of the Defendants expressly identified in the Court's April 6, 2026 Order to Show Cause: Gillaspy Rhode Faddis & Benn LLC, Seyfarth Shaw LLP, Elizabeth Rhode, Andrew Escobar, Chris Bouquet, Brenda Radmacher, and Does 1–10.

Public Storage does not through this Motion request dismissal or adjudication of Plaintiff's claims against Public Storage or CFP Fire Protection/Moore Fire Protection. Those claims will remain pending following entry of the proposed order.

Nothing in this Motion waives any defense available to Public Storage, including lack of personal jurisdiction, insufficient process, insufficient service of process, failure to timely serve, and failure to state a claim.

## V.    CONCLUSION

For the foregoing reasons, Public Storage respectfully requests that the Court enter the accompanying proposed order dismissing without prejudice Plaintiff's claims against Defendants Gillaspy Rhode Faddis & Benn LLC, Seyfarth Shaw LLP, Elizabeth Rhode, Andrew Escobar, Chris

**DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF - 3**
CASE NO. 2:25-CV-2431-JHC

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Bouquet, Brenda Radmacher, and Does 1–10 pursuant to Federal Rule of Civil Procedure 4(m) and the Court's April 6, 2026 Order to Show Cause.

RESPECTFULLY SUBMITTED this 24th day of June, 2026.

DATED: June 24, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Todd A. Bowers*
Todd A. Bowers, WSBA No. 24638
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
tbowers@grsm.com
***Attorney for Defendant Public Storage***

**DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF - 4**
CASE NO. 2:25-CV-2431-JHC

GORDON REES SCULLY
MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington by using the CM/ECF system. I further certify that following were served via CM/ECF:

I further certify that on the same date, I caused a true and correct copy of the foregoing to be served by U.S. Mail, first-class postage prepaid, upon the following:

***Pro Se Plaintiff***
PO Box 257 PMB 10283
Olympia, WA 98507-0257
Phone: 206-854-6876
  Mikal Cordova Harrison                    whitneymcordova@gmail.com

***Attorneys for Defendant CFP Fire Protection/Moore Fire Protection***
TYSON & MENDES, LLP
600 Stewart Street, Suite 1500
Seattle, WA 98101
Phone: (206) 420-4267
Fax: (206) 420-4375
  Gordon C. Klug, WSBA #21449       gklug@tysonmendes.com
  Sean Reilly, WSBA #62489           sreilly@tysonmendes.com

Dated: June 24, 2026.

                            */s/ David Diaz*
                             David Diaz, Legal Assistant
                             ddiaz@grsm.com

**DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF - 5**
CASE NO. 2:25-CV-2431-JHC

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822