IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASINGTON AT SEATTLE

MIKAL CORDOVA HARRISON,

Plaintiff,

v.

PUBLIC STORAGE; and CFP FIRE PROTECTION/MOORE FIRE PROTECTION,

Defendants.

Case No. 2:25-cv-2431-JHC

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. Dkt. # 24. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court DENIES the motion. But Plaintiff may file another motion for leave to amend her complaint by Thursday, September 17, 2026. The proposed amended complaint may not include any defendants or claims that have already been dismissed in this matter.

DATED: September 3, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE